UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ABDERRAHIM MOUTAWAKKIL,**

   Plaintiff,

v.                                     **No. 4:23-cv-00879-P**

**UNITED FINANCIAL CASUALTY COMPANY,**

   Defendant.

## ORDER

Before the Court is a Joint Motion to Withdraw Funds from the Registry of the Court. ECF No. 95. The Motion is **GRANTED**.

Accordingly, the Court **ORDERS** that the Clerk of Court release the funds held on behalf of the Parties from the Registry of the Court in the total amount of **$250,000**, plus any interest, payable to **Abderrahim Moutawakkil and Noteboom – The Law Firm at 669 Airport Freeway, Hurst, Texas 76053.**

**SO ORDERED** on this **12th day of May 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE