UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ABDERRAHIM MOUTAWAKKIL,**

  Plaintiff,

v.                                                         No. 4:23-cv-00879-P

**UNITED FINANCIAL CASUALTY CO.,**

  Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Joint Stipulation of Dismissal (ECF No. 97), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **14th day of May 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE